UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CARMEN LOVATO,

    Plaintiff,

v.                                                        No. 5:23-CV-235-H

BRAUM'S, INC.,

    Defendant.

## ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 31. Accordingly, the trial currently set for February 18, 2025 (*see* Dkt. No. 20) and all pending pre-trial deadlines are vacated. This case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by March 7, 2025.

So ordered on January 27, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE